# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 26-5178 Case Manager: Roy

Case Name: Tennessee Riverkeeper, Inc. v. Ricky Ray, et al

Is this case a cross appeal? ☐ Yes ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
Case Name: ______ Citation: ______
Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

The appeal is being taken against all defendants.

The specific issues will include the following:

I. Whether 33 U.S.C. § 1365(f)(7) independently authorizes citizen enforcement of permit conditions — including failure to conduct site assessments, failure to update a SWPPP, and discharges causing objectionable appearance — without requiring proof of pollutant discharge under § 1365(f)(1).

II. Whether the district court erred in granting judgment as a matter of law under Rule 50(a) on Riverkeeper's CWA claim where uncontradicted photographic, video, and testimonial evidence depicted visibly turbid, discolored stormwater discharging from defendant's active landfill into Sulphur Creek, and the Rule 50(a) standard required all reasonable inferences be drawn in Riverkeeper's favor.

III. Whether RCRA's prohibition on open dumping, 42 U.S.C. § 6945(a), preempts Tennessee's regulatory exemption for fill operations as applied to a facility the jury found to be a Class IV Construction and Demolition Landfill operating without a permit.

**This is to certify that a copy of this statement was served on opposing counsel of record this 18th day of March, 2026.**

Mark E. Martin
Name of Counsel for Appellant